IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VIOLET WARNER,[1] | § | |
| | § | No. 211, 2019 |
|     Petitioner Below, | § | |
|     Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
|     v. | § | |
| | § | File No. CK17-01964 |
| KELSI WARNER, | § | Petition No. 17-22681 |
| | § | |
|     Respondent Below, | § | |
|     Appellee. | § | |

Submitted: January 24, 2020
Decided: March 17, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's orders dated April 18, 2019 and April 23, 2019.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).